**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOUGLAS RAY MILLER,
        *Petitioner-Appellant,*

v.

OREGON PAROLE BOARD AND POST
PRISON SUPERVISION,
        *Respondent-Appellee,*

and

POST PRISON SUPERVISION,
        *Respondent.*

No. 07-36086

D.C. No.
CV-05-00440-
MWM
District of Oregon,
Portland

ORDER

Filed February 2, 2011

Before: Richard A. Paez and Richard R. Clifton,
Circuit Judges, and Larry A. Burns,* District Judge.

---

## ORDER

The Opinion filed on January 18, 2011, and reported at ___ F.3d ___ (9th Cir. 2011), 2011 WL 135041, is hereby withdrawn and vacated.

Within 14 days of the filing of this Order, each party shall submit a letter-brief addressing what effect, if any, the United States Supreme Court decision in *Swarthout v. Cooke,* 562 U.S. ____ (2011) has on this matter. The letter-briefs shall not exceed five pages.

---

*The Honorable Larry A. Burns, District Judge for the U.S. District Court for Southern California, San Diego, sitting by designation.

The court will file a new disposition in due course.